UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG B. COOPER,

    Plaintiff,

v.

C.M.O. F. IGBINOSA; et al.,

    Defendants.
                                /

No. C 14-3505 SI (pr)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the San Quentin State Prison, filed this civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at Pleasant Valley State Prison in Fresno County. Fresno County is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: August 18, 2014

_____
SUSAN ILLSTON
United States District Judge