# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG B. COOPER,<br><br>            Plaintiff,<br><br>     v.<br><br>IGBINOSA, et al.,<br><br>            Defendants. | Case No. 1:14cv-01297-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR RECORDS<br><br>(Document 26) |

Plaintiff Craig B. Cooper ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is currently on appeal.

On November 23, 2015, Plaintiff filed a motion requesting that the Court forward all records, transcripts and exhibits to the Ninth Circuit.  Plaintiff's request is denied as moot.  The records of this Court are available to the Ninth Circuit and a motion is not necessary.

IT IS SO ORDERED.

   Dated:  **November 30, 2015**             /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

1